James C. Pistorino, Bar No. 226496
JPistorino@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA  94304-1212
Telephone:  650.838.4300
Facsimile:  650.838.4350

Attorneys for Plaintiffs
DIGITAL CONTENT PROTECTION, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DIGITAL CONTENT PROTECTION, L.L.C, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SHEA-HO-CHEONG, an individual, and EASYTECH TRADING PTE LTD dba BESTOFFERBUY.COM, a Singapore entity,<br><br>Defendant. | Case No.:  12-CV-05599 CRB<br><br>**ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AND TO EXTEND THE TIME TO FILE THE JOINT CASE MANAGEMENT STATEMENT** |

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-11 for the Northern District of California, Plaintiff Digital Content Protection, L.L.C., hereby moves to continue the Case Management Conference, now set for January 25, 2013, by 30 days.

On January 10, this Court issued an Order setting the Case Management Conference on January 25 and requiring a Joint Case Management Statement to be filed by January 18, 2013. The defendants in this matter are an individual and an entity located in Singapore and Plaintiff understands that Defendants are not represented by counsel in this matter.  Plaintiff's counsel has been able to contact Defendants on previous occasions.  However, since the Court's January 10

Order, counsel for Plaintiff has been attempting to reach Defendants to conduct a meet and confer in order to prepare the Joint Case Management Statement and to discuss to a joint request to move the Case Management Conference date as a result of scheduling conflicts.  Though this Court's January 10 Order was served on Defendants by international hand delivery and by email, Defendants have not yet responded to that or email or telephone attempts to contact them.

Lead counsel for Plaintiff in this case (Mr. Pistorino) has a previously scheduled conflict in another matter requiring his presence outside of the Bay Area on January 25 such that he would not be able to attend the currently scheduled conference in person.

Accordingly, Plaintiff requests a 30 day continuance of the Case Management Conference to avoid this scheduling conflict and to provide additional time to allow Defendants to participate in creating the Joint Case Management Statement.  Alternatively, Plaintiff requests permission for lead counsel to attend the conference telephonically.

Because efforts to contact Defendants to date have not been successful, Plaintiff will file a Case Management Statement on its own behalf today and will substitute that with a joint statement in the event that Defendants respond.

DATED:  January 18, 2013            Respectfully submitted,

**PERKINS COIE LLP**

By:   */s/ James C. Pistorino*
James C. Pistorino, Bar No. 226496
JPistorino@perkionscoie.com

Attorneys for Palintiff

DIGITAL CONTENT PROTECTION, L.L.C.