1    James C. Pistorino, Bar No. 226496
     JPistorino@perkinscoie.com
2    PERKINS COIE LLP
     3150 Porter Drive
3    Palo Alto, CA 94304-1212
     Telephone: 650.838.4300
4    Facsimile: 650.838.4350

5    Attorneys for Plaintiffs
     DIGITAL CONTENT PROTECTION, LLC
6

7

            UNITED STATES DISTRICT COURT

8         NORTHERN DISTRICT OF CALIFORNIA

9            SAN FRANCISCO DIVISION

10

11    DIGITAL CONTENT PROTECTION,     Case No.: 12-CV-05599 CRB
     L.L.C, a Delaware limited liability
12    company,

13            Plaintiff,         **ORDER REGARDING ADMINISTRATIVE**
                             **MOTION TO CONTINUE CASE**
14          v.                   **MANAGEMENT CONFERENCE AND TO**
                             **EXTEND THE TIME TO FILE THE**
15    SHEA-HO-CHEONG, an individual, and    **JOINT CASE MANAGEMENT**
     EASYTECH TRADING PTE LTD dba       **STATEMENT**
16    BESTOFFERBUY.COM, a Singapore
     entity,
17

           Defendant.
18

19       Having read and considered the Administrative Motion to Continue the Case Management

20   Conference and for an Extension of Time to File Joint Case Management Conference Statement,

21   and good cause appearing,

22       **IT IS ORDERED** that the Case Management Conference now scheduled for January 25,

23   2013, is continued to March 1, 2013, and a Joint Case Management Conference Statement shall

24   be filed no later than February 22, 2013.

25

26

27   Dated: January 22, 2013
                                        _____
                            THE HON.           BREYER
28                         UNITED ST             GE

IT IS SO ORDERED

Judge Charles R. Breyer

[PROPOSED] ORDER
CASE NO.: 3:12-CV-05599