James C. Pistorino, Bar No. 226496
JPistorino@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA  94304-1212
Telephone:  650.838.4300
Facsimile:  650.838.4350

Attorneys for Plaintiffs
DIGITAL CONTENT PROTECTION, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DIGITAL CONTENT PROTECTION, L.L.C, a Delaware limited liability company,<br><br>            Plaintiff,<br><br>     v.<br><br>SHEA-HO-CHEONG, an individual, and EASYTECH TRADING PTE LTD dba BESTOFFERBUY.COM, a Singapore entity,<br><br>            Defendant. | Case No.: 12-CV-05599 CRB<br><br>**ORDER REGARDING ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AND TO EXTEND THE TIME TO FILE THE JOINT CASE MANAGEMENT STATEMENT** |

Having read and considered the Administrative Motion to Continue the Case Management Conference and for an Extension of Time to File Joint Case Management Conference Statement, and good cause appearing,

**IT IS ORDERED** that the Case Management Conference now scheduled for January 25, 2013, is continued to  March 1, 2013, and a Joint Case Management Conference Statement shall be filed no later than  February 22, 2013.

Dated:  January 22, 2013

_____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER
CASE NO.:  3:12-CV-05599