James C. Pistorino, Bar No. 226496
JPistorino@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA  94304-1212
Telephone:  650.838.4300
Facsimile:  650.838.4350

Attorneys for Plaintiffs
DIGITAL CONTENT PROTECTION, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DIGITAL CONTENT PROTECTION, L.L.C, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SHEA-HO-CHEONG, an individual, and EASYTECH TRADING PTE LTD dba BESTOFFERBUY.COM, a Singapore entity,<br><br>Defendants. | Case No.:  3:12-CV-05599 CRB<br><br>**REQUEST FOR ENTRY OF CONSENT JUDGMENT** |

Plaintiff Digital Content Protection, L.L.C. and Shea-Ho-Cheong, an individual, and EasyTechTrading PTE, Ltd. dba BestOfferBuy.com, a Singapore entity (collectively "defendants"), have entered into a form of Consent Judgment disposing of all issues in the case.

The Consent Judgment executed by the parties is submitted herewith as Exhibit A and the Court is respectfully requested to enter the judgment thereby disposing of all issues in this case.

DATED:  February 22, 2013        **PERKINS COIE LLP**

By:   */s/ James C. Pistorino*
       James C. Pistorino, Bar No. 226496
       JPistorino@perkionscoie.com

Attorneys for Plaintiff
*Digital Content Protection, L.L.C.*

James C. Pistorino, Bar No. 226496
JPistorino@perkinscoie.com
Kaycie L. Wall, Bar No. 226027
KWall@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITAL CONTENT PROTECTION, L.L.C., a Delaware limited liability company,<br><br>Plaintiff,<br>vs.<br><br>SHEA-HO-CHEONG, an individual,<br><br>and<br><br>EASYTECH TRADING PTE LTD dba BESTOFFERBUY.COM, a Singapore entity,<br><br>Defendants. | Case No. 3:12-CV-05599-CRB-EDL<br><br>**CONSENT JUDGMENT** |

### **CONSENT JUDGMENT**

The parties, having agreed to settle this matter and further having agreed to the entry of the following Order, it is hereby Ordered, Adjudged, and Decreed as follows:

1. This Court has jurisdiction over Plaintiff Digital Content Protection, L.L.C. ("DCP"), Defendant Shea-Ho-Cheong ("Cheong"), and Defendant EasyTech Trading PTE Ltd dba BestOfferBuy.com ("BestOfferBuy.com"), and of the subject matter of this action.

CONSENT JUDGMENT - 1                                                         Case No. 3:12-CV-05599-EDL

2. DCP was and is the owner and licensor of High-Bandwidth Digital Content Protection ("HDCP"), a technological measure within the meaning of 17 U.S.C. § 1201.

3. Defendants have manufactured, imported, offered to the public, provided, or otherwise trafficked in devices that circumvent HDCP.

4. By manufacturing, importing, offering to the public, providing, or otherwise trafficking in devices that circumvent HDCP, Defendants have violated the Digital Millennium Copyright Act (DMCA), 17 U.S.C. § 1201(a)(2) and (b)(1). Defendants were aware or had reason to believe that their acts constituted a violation of the DMCA.

5. By virtue of Defendants' violations of the DMCA, DCP is entitled to the remedies set forth in 17 U.S.C. § 1203, including temporary and permanent injunctive relief, actual or statutory damages, costs, and destruction of all circumvention devices in Defendants' custody or control.

6. Defendants, their principals, directors, officers, agents, servants, employees, receivers, trustees, successors, and assigns, and all other persons in active participation with any of them, are liable to DCP in the amount of $2,500 per circumvention device sold and/or offered for sale prior to entry of this Consent Judgment. Defendants stipulate that the number of sales and/or offers to sell is seven (7). Accordingly, Defendants are liable to DCP in an amount of $17,500.

7. Defendants, their principals, directors, officers, agents, servants, employees, receivers, trustees, successors, and assigns, and all other persons in active participation with them, are hereby permanently enjoined from

    a. importing, manufacturing, offering to the public, providing, or otherwise trafficking in any technology, product, service, device, component, or

CONSENT JUDGMENT - 2            Case No. 3:12-CV-05599-EDL

    part thereof that is primarily designed or produced for the purpose of circumventing HDCP;

  b. importing, manufacturing, offering to the public, providing, or otherwise trafficking in any technology, product, service, device, component, or part thereof that has only limited commercially significant purpose other than to circumvent HDCP; and

  c. importing, manufacturing, offering to the public, providing, or otherwise trafficking in any technology, product, service, device, component, or part thereof that is marketed by Defendants or others acting in concert with Defendants with Defendants' knowledge for use in circumventing HDCP.

8. Defendants must deliver up to DCP any and all devices that circumvent HDCP that are in Defendants' custody or control, including but not limited to the following devices:

  a. "HDMI to VGA Video 1080P HD HDTV Converter Box for DVD PS3 Xbox 360," identified in the Complaint in this matter as the "Cheong Circumvention Device";

  b. "1080p HDMI V1.3 to Component YPbPr/VGA/SPIDF/L/R Audio Converter (100~240V AC)," identified in the Complaint in this matter as a "BestOfferBuy.com Circumvention Device";

  c. "HDMI to YPbPr + R/L Audio Converter – Black," identified in the Complaint in this matter as a "BestOfferBuy.com Circumvention Device";

  d. "HDMI to S-Video + CVBS Video Converter Adapter," identified in the Complaint in this matter as a "BestOfferBuy.com Circumvention Device";

e. "HDV-338 HDMI to VGA SPDIF + Audio HD Video Converter Box," identified in the Complaint in this matter as a "BestOfferBuy.com Circumvention Device";

f. "Single Way HDMI to VGA Auto Scaler Video Converter – Black," identified in the Complaint in this matter as a "BestOfferBuy.com Circumvention Device"; and

g. "HDMI to VGA Video 1080P HD HDTV Converter Box for DVD PS3 Xbox 360," identified in the Complaint in this matter as a "BestOfferBuy.com Circumvention Device."

9. Within ten (10) days after the issuance of this Consent Judgment, Defendants must file with the Court and provide DCP with a written report, under oath, setting forth in detail the manner and form in which Defendants have complied with the terms of this Consent Judgment.

10. Any and all pending motions filed by any party or parties are denied as moot.

11. This Court retains jurisdiction of this matter as necessary to resolve disputes, if any, arising between DCP and any one or more of the Defendants or their principals, directors, officers, agents, servants, employees, receivers, trustees, successors, and assigns, or any other persons in active participation with them, insofar as the disputes relate to any future violations of 17 U.S.C. § 1201.

12. The parties hereto waive appeal from this Consent Judgment, as well as any and all other challenges to this Consent Judgment in any way.

CONSENTED AND AGREED TO BY:
**DIGITAL CONTENT PROTECTION, L.L.C.**

_____

Date: __2/22/13_____


CONSENTED AND AGREED TO BY:
**SHEA-HO-CHEONG**

_____
Shea-Ho-Cheong

Date: __2/19/2013_____


CONSENTED AND AGREED TO BY:
**EASYTECH TRADING PTE LTD dba BESTOFFERBUY.COM**

_____
Shea-Ho-Cheong, Owner

Date: __February 25, 2013_____


IT IS SO ORDERED:

_____
Honorable Charles R. Breyer
UNITED STATES DISTRICT JUDGE

CONSENT JUDGMENT - 5                                        Case No. 3:12-CV-05599-EDL